

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellant

v.

**NEC NETWORKS, LLC, DBA CAPTURERX,**
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

# O R D E R

On January 23, 2018, appellant filed a letter notifying this court that the appellate record in this appeal is incomplete because the transcripts of hearings from the following dates have not yet been filed:

- August 23, 2016
- September 30, 2016
- December 21, 2016
- February 21, 2017
- March 2, 2017
- May 2, 2017
- December 13, 2017

We ordered the court reporter to file the transcripts of hearings held on the above-listed dates on or before February 28, 2018.

The court reporter has not filed the transcripts of hearings held on the above-listed dates, nor has he filed a notice of late record. We, therefore, **ORDER** Luis Duran, Jr. to supplement the reporter's record in this appeal with the transcripts of the hearings held on the above-listed dates no later than **March 19, 2018**. If the reporter's record is not received by such date, an order may be issued directing Luis Duran, Jr. to appear and show cause why he/she should not be held in contempt for failing to file the record.

_____
Irene Rios, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court